IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Rector,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Walmart Inc.,<br><br>　　　　　　Defendant. | Civil Action No.: 1:24-cv-00658 (RC) |

**WALMART INC.'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

　　Defendant Walmart Inc. moves to compel arbitration of Plaintiff Christina Rector's claims. In the alternative, Walmart moves to dismiss Plaintiff's Complaint because Plaintiff lacks standing, and she otherwise has failed to state a viable claim under the DCCPPA. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Dated: April 12, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan D. Brightbill*
　　　　　　　　　　　　　　　　　　　　Jonathan D. Brightbill (D.C. Bar 483956)
　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　1901 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 282-5855
　　　　　　　　　　　　　　　　　　　　JBrightbill@winston.com

　　　　　　　　　　　　　　　　　　　　Daniel M. Blouin (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　Frank A. Battaglia (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　35 W. Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　Telephone: 312-558-5600
　　　　　　　　　　　　　　　　　　　　DBlouin@winston.com

FBattaglia@winston.com

*Attorneys for Walmart Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, the foregoing was served by U.S. mail on the following counsel and electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

>Veronica Nannis, Esq. (# 485151)
>Drew Laframboise, Esq. (# 1018140)
>JOSEPH, GREENWALD & LAAKE, P.A.
>6404 Ivy Lane, Suite 400
>Greenbelt, MD 20770-1417
>Ph: (240) 553-1209
>F: (240) 553-1740
>vnannis@jgllaw.com
>dlaframboise@jgllaw.com

>Nicole T. Fiorelli, Esq. (pro hac vice to be filed)
>Frank A. Bartela, Esq. (pro hac vice to be filed)
>Patrick J. Perotti, Esq. (pro hac vice to be filed)
>Shmuel S. Kleinman, Esq. (pro hac vice to be filed)
>DWORKEN & BERNSTEIN Co., L.P.A.
>60 South Park Place
>Painesville, Ohio 44077
>(440) 352-3391 II (440) 352-3469 Fax
>nfiorelli@dworkenlaw.com
>fbartela@dworkenlaw.com
>pperotti@dworkenlaw.com
>skleinman@dworkenlaw.com

>>*/s/ Jonathan D. Brightbill*
>>Jonathan D. Brightbill