IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Rector,<br><br>    Plaintiff,<br><br>v.<br><br>Walmart Inc.,<br><br>    Defendant. | Civil Action No.: 1:24-cv-00658 (RC) |

**DECLARATION OF ANILKUMAR GARIKEPATI IN SUPPORT OF
WALMART'S MOTION TO COMPEL ARBITRATION**

I, Anilkumar Garikepati, hereby declare as follows:

1. I am employed as a Director of Engineering at Walmart Inc. I have worked at Walmart since May 2012. My current job responsibilities involve, among other things, leading the teams responsible for the cart and checkout process on Walmart.com and the Walmart App. I am also familiar with the technology that manages Walmart online customer profiles and purchases. If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

2. To purchase an item through Walmart.com and the Walmart App, a customer must generally complete a checkout process (hereinafter "Check Out Process") to complete their purchase.

3. During the first step of the Check Out Process, the customer is presented with a page that contains, among other things, a list of the items the customer has in their shopping cart and an estimated total for the order. To proceed with the order, the customer must click a "Check Out" button.

4. After clicking "Check Out," the customer is taken through the next step of the Check Out Process. The customer is presented with several information fields on delivery or pickup options, payment method, and a summary of other order details, including subtotal and any delivery charges, taxes, or fees.

5. At the final stage of the Check Out Process, the customer is presented with a page that contains order details and the following sentence: "By placing this order, you agree to our Privacy Policy and Terms of Use" (hereinafter "Acknowledgement Language"). The Acknowledgement Language is located directly above the "Place Order" button.

6. The words "Privacy Policy" and "Terms of Use" within the Acknowledgement Language are hyperlinks to Walmart's Privacy Policy and Walmart's Terms of Use. If a customer clicks on the words "Privacy Policy" or "Terms of Use"—which are underlined—the customer is taken to Walmart's Privacy Policy or Terms of Use, respectively.

7. Attached as Exhibit 1 to this declaration is a copy of the Terms of Use that were active on Walmart.com on May 27 2022.

8. To complete the order, the customer must click a blue "Place Order" button. The customer cannot complete the order without clicking the "Place Order" button. Below is a screenshot of the "Place Order" button and the Acknowledgement Language for a sample order:

By placing this order, you agree to our Privacy Policy and Terms of Use.

Place order $27.43

9. Although Walmart.com and the Walmart App may be updated from time to time, the Check Out Process for Walmart.com and the Walmart App described in this declaration was in a substantially identical format in May 2022 and November 2023.

10. I have also reviewed business records kept in the ordinary course of Walmart's business operations. Such records include those reflecting the creation of a Walmart online customer profile to make purchases through Walmart.com.

11. Those records reflect that an individual named Christina Rector placed four separate orders through Walmart.com on May 27, 2022, September 5, 2022, October 27, 2023, and November 11, 2023.

12. Christina Rector's customer profile from that those purchases is associated with the following data: the email addresses tinababy0508@gmail.com and c.rector0508@gmail.com; and a billing address of 503 49th St. NE, Washington D.C.

13. To purchase those items and consummate his transaction, Christina Rector had to complete the standard Walmart App Check-Out Process, including clicking the "Place Order" button and manifesting his assent to Walmart's Terms of Use, as described in paragraphs 2-8.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 11, 2024 in  Sunnyvale, CA.

*Anil kumar Garikepati*
Anilkumar Garikepati

3