**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Christina Rector, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:24-cv-00658 (RC) |
| v. ) | |
| ) | |
| Walmart Inc., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF FRANK A BATTAGLIA IN SUPPORT OF**
**<u>WALMART'S MOTION TO COMPEL ARBITRATION</u>**

I, Frank A. Battaglia, hereby declare as follows:

1. I am an attorney at Winston & Strawn and am counsel for Defendant Walmart Inc. in this matter. I make this Declaration in support of Walmart's concurrently filed Motion to Compel Arbitration or, in the alternative, Motion to Dismiss. The facts set forth in this Declaration are of my own personal knowledge, and if called as a witness, I could and would testify competently as to their truth.

2. On April 11, 2024, I communicated with Plaintiff's counsel via email and explained the basis for Walmart's motion to compel arbitration in an attempt to potentially avoid unnecessary motion practice. I requested that Plaintiff voluntarily dismiss the pending case and instead resolve the parties' dispute through arbitration. Plaintiff's counsel stated that Plaintiff would not voluntarily agree to arbitrate this case.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 11, 2024 in Chicago, IL.

/s/ *Frank A. Battaglia*
Frank A. Battaglia
