**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Christina Rector,              )<br>                     )<br>      Plaintiff,     )<br>                     )<br>    v.            )<br>                     )<br>Walmart Inc.,          )<br>                     )<br>      Defendant.     )<br>                     ) | Civil Action No.: 1:24-cv-00658 (RC) |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION TO COMPEL ARBITRATION**

The Court has reviewed Defendant Walmart Inc.'s Motion to Compel Arbitration or, in the alternative, Motion to Dismiss Plaintiff's Complaint. Having considered the papers submitted by the parties, all other pleadings and papers on file herein, and the arguments of counsel, the Court HEREBY ORDERS Defendant's Motion to Compel Arbitration is GRANTED, and Plaintiff's Complaint is dismissed, with prejudice and without leave to amend.

      **IT IS SO ORDERED.**

Dated: _____                                         _____

                                                      JUDGE RUDOLPH CONTRERAS

Copies to:

Jonathan D. Brightbill (D.C. Bar 483956)
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Tel: (202) 282-5855
JBrightbill@winston.com

Daniel M. Blouin (admitted pro hac vice)
Frank A. Battaglia (admitted pro hac vice)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
DBlouin@winston.com
FBattaglia@winston.com

Attorneys for Walmart Inc.

Veronica Nannis, Esq. (#485151)
Drew Laframboise, Esq. (#1018140)
JOSEPH GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770-1417
Ph: (240) 553-1209
F: (240) 553-1740
vnannis@jgllaw.com
dlaframboise@jgllaw.com

Nicole T. Fiorelli, Esq. (*pro hac vice* to be filed)
Frank A. Bartela, Esq. (*pro hac vice* to be filed)
Patrick J. Perotti, Esq. (*pro hac vice* to be filed)
Shmuel S. Kleinman, Esq. (*pro hac vice* to be filed)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, OH 44077
(440) 352-3391 II (440) 352-3469 Fax
nfiorelli@dworkenlaw.com
fbartela@dworkenlaw.com
pperotti@dworkenlaw.com
skleinman@dworkenlaw.com

Attorneys for Plaintiff